NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.   Criminal Number  5:23-MJ—000930-RBF

Brandon Bradshaw
         (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[ ] CJA       [✓] RETAINED       [ ] FEDERAL PUBLIC DEFENDER

*Clarissa Fernandez Pratt*
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

CLARISSA FERNANDEZ PRATT; SBN: 24068964
*(Attorney & Bar ID Number)*

The Law Office of Clarissa Fernandez Pratt, PLLC
*(Firm Name)*

924 CAMARON ST
*(Street Address)*

SAN ANTONIO , TEXAS 78212
*(City)        (State)        (Zip)*

(210) 417-4590
*(Telephone Number)*