UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 23-cr-220(TJK) |
| | § | |
| BRANDON BRADSHAW | § | |

**DEFENDANT'S MOTION TO EXTEND DEADLINE**

TO THE HONORABLE TIMOTHY J. KELLY, UNITED STATES DISTRICT JUDGE, FOR THE DISTRICT OF COLUMBIA, WASHINGTON, D.C.:

NOW COMES the Defendant, BRANDON BRADSHAW, by and through his attorneys of record, P. Mae Garza and Clarissa Fernandez Pratt, and files this Defendant's Motion to Extend Deadline.

The Defendant in the above styled and numbered cause, moves the Court under Rule 12(2) of the Federal Rules of Criminal Procedure and respectfully requests the Court grant an order extending the Defendant's deadline to submit his sentencing memorandum. In support of this motion Defendant would show the Court as follows:

I.

The Defendant's attorneys, Clarissa Fernandez Pratt and Pauline Mae Garza, had incorrect and outdated email addresses on file with the Federal District Clerk. Notices sent by the District Clerk were not received by either attorney for the Defendant. Counsel was also preparing and complying with the Government's request to meet with the Presentencing Investigator and the Federal Bureau of Investigation with the Defendant. Additionally, the Defendant's father, Patrick Torres, has been in critical care and the Defendant, Brandon Bradshaw, has been unavailable to meet with Counsel due to his father's hospitalization. Therefore, Clarissa Fernandez Pratt and

Pauline Mae Garza respectfully request that the Court extend the deadline for submitting the Defendant's sentencing memorandum until Friday, February 16, 2024.

Wherefore, Defendant prays this Honorable Court grants this Defendant's Motion to Extend Deadline.

Respectfully submitted,

THE LAW OFFICE OF
CLARISSA FERNANDEZ PRATT, PLLC
924 Camaron Street
San Antonio, Texas 78212
Tel: (210) 417-4590
Fax: (210) 745-4239


By:/s/ Clarissa F. Pratt
Clarissa Fernandez Pratt
State Bar No. 24068964
lawyer@sanantoniojustice.com
Pauline Mae Garza
Texas State Bar No. 24095705
4100 NW Loop 410, Ste. 100
San Antonio, TX 78229
Tel: (210) 971-7991
Fax: (210) 855-2149
Email: mae@garzalawsatx.com

## CERTIFICATE OF SERVICE

I, Clarissa Fernandez Pratt, do hereby certify that on the 20th day of February, 2024, electronically filed the foregoing with the Clerk of the Court CM/ECF system, and will send notification of such filing via e-mail to the following:

**Madison Mumma**
Trial Attorney-Public Integrity Section
Criminal Division-U.S. Department of Justice

　　/s/ Clarissa F. Pratt
Clarissa Fernandez Pratt

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO. 23-cr-220(TJK) |
| BRANDON BRADSHAW | § § | |

### ORDER ON DEFENDANT'S MOTION TO EXTEND DEADLINE

Defendant's Motion to Extend Deadline is hereby:

_____   GRANTED

_____   DENIED


Signed on this the \_\_\_\_\_ day of _____, 2024.


_____
HONORABLE TIMOTHY J. KELLY
United States District Judge